JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | Case No.  CV 14-06949 WDK-PLA |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **REGINA ANN MORENO,** | |
| Defendant. | |

Judgment is hereby entered in favor of plaintiff J & J Sports Productions, Inc. and against defendant Regina Ann Moreno, individually and doing business as Taqueria Los 3 Carnales, upon the Court's grant of summary judgment in favor of plaintiff.

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendant Regina Ann Moreno, individually and doing business as Taqueria Los 3 Carnales, shall pay the plaintiff, J & J Sports Productions, Inc., $6,600.00 in total damages.

///

///

///

1  IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States
2  mail or by telefax or by email, copies of this Judgment on counsel for the
3  defendant or the pro se defendant in this matter.
4
5
6  Dated: March 8, 2016
7
   _____
8  William Keller
   United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28